IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern
FILED

NOV 04 2013

David J. Bradley,

PATRICIA SUE ADKINS,
JENNIFER GALINDO, and
FABRIENNE ENGLISH,
On behalf of themselves and all
others similarly situated,
    Plaintiffs

v.                                                                 NO. 3:13CV402

APPLE, INC.,
APPLECARE SERVICE COMPANY, INC.,
and APPLE CSC, INC.,
    Defendants

## Notice of Correction of Defendant's Name

    Plaintiffs hereby Correct Defendant's name as listed in Paragraph 13 to APPLECARE SERVICE COMPANY, INC.

Respectfully submitted,

*/s/ Renee Kennedy*

Renee Kennedy
P.O. Box 2222
Friendswood, Texas 77549
SBOT: 24012954