UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PATRICIA SUE ADKINS, *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-402 |
| | § § | |
| APPLE INC, *et al*, | § § | |
| Defendants. | § | |

## ORDER

Before the Court is a Motion of Renee Kennedy, P.O. Box 2222, Friendswood, Texas 77548, an attorney applying for admission *pro hac vice* (**Instrument No. 3**). Admission *pro hac vice* typically is for qualified attorneys who are **non-residents** of the Southern District of Texas but who are members in good standing of the Federal District Court in the district where they reside. Resident attorneys are expected to apply for admission pursuant to Rule 1 of the Local Rules.

The applicant appears to maintain an office in the Houston Division of the Southern District of Texas. Accordingly, the applicant is required to file a statement showing the following:

1. Whether applicant previously has applied for admission to practice in the United States District Court for the Southern District of Texas in accordance with Rule 1 of the Local Rules.

2. If such application has previously been made, state the date such application was made, the date by which such application is expected to be acted upon or if already acted upon, the date it was acted upon and the action taken.

Case3:14-cv-01619-WHO   Document11   Filed11/12/13   Page2 of 2

2 / 2

3.	If applicant has not applied for admission to this Court in accordance with Rule 1, state the reason for not having made such application.

4.	If applicant has previously been admitted to practice in this Court pursuant to Rule 1, but such admission is no longer effective, state the reason why applicant is no longer admitted.

IT IS HEREBY ORDERED that the Motion to allow Renee Kennedy to Appear *Pro Hac Vice* is **DENIED** without prejudice, pending compliance with this Order.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED at Houston, Texas, this 12th day of November, 2013.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE