UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 3:13-cv-00402 |
|---|---|---|---|
| Patricia Sue Adkins, Jennifer Galindo, and Fabrienne English, et al. ||||
| *versus* ||||
| Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Penelope A. Preovolos<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>(415) 268-7522<br>California State Bar No. 87607 |
|---|---|
| Seeks to appear for this party: | Apple Inc., AppleCare Service Company, Inc., Apple CSC Inc. |
| Dated: 11/19/2013 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                                               United States District Judge