Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ADKINS, et al

        Plaintiff(s),

v.

APPLE, INC., et al

        Defendant(s).

Case No: 3:14-cv-01619-V

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Renee Kennedy, an active member in good standing of the bar of Southern District of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Adkins, Galindo & English in the above-entitled action. My local co-counsel in this case is Seth W. Wiener, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1620 Friendswood Dr., Ste. Apple<br>Friendswood, TX  77546 | 609 Karina Court<br>San Ramon, CA 94582 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (832) 428-1552 | (925) 487-5609 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| apple.reneekennedy@gmail.com | sethwiener@yahoo.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2129107.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/30/14

                                     Renee Kennedy
                                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Renee Kennedy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/5/2014

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

[APPROVED — Judge William H. Orrick]