1  RENEE KENNEDY (*admitted pro hac vice*)
   apple.reneekennedy@gmail.com
2  1620 Friendswood Dr., Ste. Apple
   Friendswood, Texas 77546
3  Telephone: 832.428.1552

4  SETH W. WIENER (SBN 203747)
   sethwiener@yahoo.com
5  609 Karina Court
   San Ramon, California 94582
6  Telephone: 925.487.5607

7  *Attorneys for Plaintiffs*
   PATRICIA SUE ADKINS,
8  JENNIFER GALINDO, and
   FABRIENNE ENGLISH

9
   (*Defendants' counsel listed on next page*)
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15 | PATRICIA SUE ADKINS, JENNIFER | Case No.  3:14-cv-01619-WHO
   | GALINDO, and FABRIENNE ENGLISH, |
16 | on behalf of themselves and all others | **AMENDED STIPULATION AND ORDER TO**
   | similarly situated, | **CONTINUE CASE**
17 |                              | **MANAGEMENT CONFERENCE**
   |        Plaintiffs,           |
18 |                              | **[N.D. CAL. L.R. 6.2]**
   |        v.                    |
19 |                              | Current Date:   August 5, 2014
   | APPLE INC., APPLECARE SERVICE | Current Time:   2:00 p.m.
20 | COMPANY, INC., and APPLE CSC INC., |
   |                              | Proposed Date:  September 3, 2014
21 |        Defendants.           | Proposed Time:  2:00 p.m.
22 |                              | Judge:          William H. Orrick
   |                              | Courtroom:      2, 17th Floor
23

24

25

26

27

28

AMENDED STIPULATION AND ORDER TO CONTINUE CMC
CASE NO. 3:14-cv-01619-WHO
sf-3436722

1  PENELOPE A. PREOVOLOS (SBN 87607)
   PPreovolos@mofo.com
2  SAI JAHANN (SBN 273788)
   SJahann@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  PURVI G. PATEL (SBN 270702)
   PPatel@mofo.com
7  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
8  Los Angeles, California 90017-3543
   Telephone: 213.892.5200
9  Facsimile: 213.892.5454

10 *Attorneys for Defendants*
   APPLE INC., APPLECARE SERVICE
11 COMPANY, INC., and APPLE CSC INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION AND ORDER TO CONTINUE CMC
CASE NO. 3:14-cv-01619-WHO
sf-3436722

2

Pursuant to Civil Local Rule 6.2, Plaintiffs Patricia Sue Adkins, Jennifer Galindo, and Fabrienne English and Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc., by and through their attorneys, stipulate as follows:

WHEREAS, a Case Management Conference ("CMC") in the above-captioned action is scheduled for August 5, 2014 at 2:00 p.m.;

WHEREAS, the Court has instructed the parties that the CMC shall be attended by lead trial counsel for all parties [ECF No. 65];

WHEREAS, lead trial counsel for Defendants will be out of the country from August 1, 2014 to August 10, 2014, to inter the ashes of her father-in-law and take a short vacation (Declaration of Penelope A. Preovolos ¶ 3) [ECF No. 80];

WHEREAS, the parties have met and conferred about a mutually-agreeable date and have reviewed the Court's Scheduling Notes that indicate the Court hears civil case management conferences at 2:00 p.m. on Tuesdays;

WHEREAS, counsel for Defendants proposed a two-week continuance, but counsel for Plaintiffs has requested a four-week continuance to coordinate travel for a hearing on a Motion to Identify Class Members that Plaintiffs intend to file;

WHEREAS, counsel for Plaintiffs would like to combine the CMC with the hearing on Plaintiffs' anticipated motion on a day other than the Court's usual Tuesday hearing of CMCs;

WHEREAS, counsel for Plaintiffs has spoken with the Calendar Clerk and Courtroom Deputy regarding Plaintiffs' request that the Court allow said combination, and was told this combination has been allowed in the past and that the parties can make such a request;

WHEREAS, Plaintiffs request that the Court set the CMC for Wednesday, September 3, 2014, or any later date convenient for the Court, which is the date Plaintiffs intend to notice their motion for hearing;

WHEREAS, Defendants are not opposed to a continuance of the CMC to Wednesday, September 3, 2014, if acceptable to the Court;

WHEREAS, Defendants reserve all rights with respect to Plaintiffs' anticipated motion;

WHEREAS, the CMC date has not been previously modified, and this stipulated request to reschedule the CMC will not have an effect on the schedule for the case;

NOW THEREFORE, IT IS AGREED AND STIPULATED, subject to the Court's approval, that:

(1) The Case Management Conference currently scheduled for August 5, 2014, shall be continued to September 3, 2014, at 2:00 p.m., or any later date convenient for the Court;

(2) The parties shall file a Joint Case Management Statement seven days before the continued Case Management Conference [*see* ECF. No. 65].

Respectfully submitted,

Dated: July 21, 2014    RENEE KENNEDY

By: */s/ Renee Kennedy*
Renee Kennedy

*Attorney for Plaintiffs
Patricia Sue Adkins, Jennifer Galindo,
and Fabrienne English*

Dated:  July 21, 2014    MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
Purvi G. Patel

*Attorneys for Defendants
Apple Inc., AppleCare Service
Company, Inc., and Apple CSC Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: July 23, 2014

_____
Hon. William H. Orrick
United States District Judge