1  RENEE KENNEDY (SBN 24012954)
2  Lead Counsel
3  Appearance *pro hac vice*
4  apple.reneekennedy@gmail.com
5  1620 S. Friendswood Dr., Ste. Apple
6  Friendswood, TX 77546
7  Telephone: 832-428-1552
8
9  SETH W. WIENER (SBN 203747)
10 sethwiener@yahoo.com
11 609 Karina Court
12 San Ramon, CA 94582
13 Telephone: 925-487-5607
14
15 Attorneys for Plaintiffs
16 ADKINS, GALINDO & ENGLISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA SUE ADKINS, JENNIFER GALINDO, and FABRIENNE ENGLISH, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>Defendants. | Case No. 3:14-cv-01619-WHO<br><br>**PLAINTIFFS' OPPOSED AMENDED MOTION TO IDENTIFY CLASS MEMBERS AND NOTICE**<br><br>Hearing: Sept. 3, 2014<br>Time: 2:00 p.m.<br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor<br><br>Complaint Filed: November 4, 2013<br>Transfer to N.D. Cal.: April 3, 2014<br>Trial Date: None Set |

**PLAINTIFFS' OPPOSED AMENDED MOTION TO IDENTIFY
CLASS MEMBERS AND NOTICE**

1  TO EACH PARTY AND TO THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Plaintiffs move for an order compelling
3  Defendant(s) to identify class members. The motion is made on the grounds that the
4  request to identify class members and their contact information is relevant and necessary
5  to the proceeding.

6  This Opposed Amended Motion is based on this Notice, the Memorandum of
7  Points and Authorities, Notice of Proposed Letter with proposed letters attached as
8  Exhibit A and Exhibit B, filed in support of this motion, and served and filed herewith,
9  on the records and file herein, and on such evidence as may be presented at the hearing of
10 the motion. Should the Court grant Plaintiffs' Opposed Amended Motion to Identify
11 Class Members, Plaintiffs propose that upon receipt of the requested information, a letter
12 to potential class members should be sent through a third party mailing house to potential
13 class members' e-mail and physical addresses, with Defendant(s) bearing the cost of
14 sending said letter. Plaintiffs have accordingly also filed a Notice of Proposed Letter with
15 drafts of the proposed letters to be sent.

16

17 Dated July 29, 2014                         Respectfully submitted,

18
19                                             Plaintiffs, PATRICIA SUE ADKINS,
20                                             JENNIFER GALINDO, AND
21                                             FABRIENNE ENGLISH,
22                                             By and through their attorneys,
23
24
25                                             /s/ Renee Kennedy
26                                             Renee Kennedy
27                                             Lead Counsel
28                                             State Bar No.: 24012954
29                                             Federal Bar No.: 2129107

|    |                                              |
|----|----------------------------------------------|
| 1  | 1620 S. Friendswood Dr., Ste. Apple          |
| 2  | Friendswood, Texas 77546                     |
| 3  | Phone: (832) 428-1552                        |
| 4  | Email: apple.reneekennedy@gmail.com          |
| 5  |                                              |
| 6  | */s/ Seth W. Wiener*                         |
| 7  | Seth W. Wiener                               |
| 8  | State Bar No.: 203747                        |
| 9  | 609 Karina Court                             |
| 10 | San Ramon, CA 94582                          |
| 11 | Phone: (925) 487-5607                        |
| 12 | Email: sethwiener@yahoo.com                  |