UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIENNE ENGLISH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-01619-WHO<br><br>**ORDER REGARDING PENDING DISCOVERY**<br><br>Re: Dkt. No. 118 |

I conducted a conference call this afternoon with counsel for all parties. After considering the Joint "Letter" Regarding Case Management and the argument of counsel, and with good cause appearing, I ORDER that:

1. The parties will finish meeting and conferring and either file a Stipulated Protective Order or separate proposed protective orders by January 23, 2015. In the event the parties cannot agree, each should file a letter of no more than two pages explaining why she cannot agree to the other side's proposed order.

2. Defendants shall respond to the outstanding document requests on or before February 3, 2015 and shall produce the documents described on page 5 of the Joint "Letter," as well as such other documents that they have identified and can reasonably produce by that date. They shall produce all documents over which there is no dispute as expeditiously as is practical. If there is a dispute over any document response, the parties shall file a joint letter by February 17, 2015, identifying the response and the reasons for the dispute.

3. The defendants have agreed to produce witnesses for 30(b)(6) depositions as well as employees Bunn, Pozderac, Morrison, Linthicum, and the employees who spoke Ms. Lowthert. Plaintiffs have agreed to produce Ms. Galindo, Ms. English and Ms.

United States District Court
Northern District of California

1. Lowthert. These depositions shall be completed by March 31, 2015. If the parties are unable to stipulate to the dates for these depositions by January 23, 2015, I will set the dates. Any subpoenaed or otherwise relevant requested documents shall be produced in advance of the depositions. The parties shall either file a stipulation setting forth the schedule or each party may file a two page letter setting forth any scheduling needs that the other party refuses to meet and I will set the depositions myself.

4. The parties shall review the Guidelines for Professional Conduct for this Court on the Court's website. It is my expectation that each side will meet and confer in good faith to resolve their discovery disputes.

**IT IS SO ORDERED**.

Dated: January 20, 2015



WILLIAM H. ORRICK
United States District Judge