UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FABRIENNE ENGLISH, et al.,

    Plaintiffs,

  v.

APPLE INC, et al.,

    Defendants.

Case No. 14-cv-01619-WHO

**ORDER REGARDING PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING DISCOVERY DISPUTES**

Re: Dkt. No. 140

    On March 2, 2015, I issued an order instructing plaintiffs to file a supplemental brief regarding the parties' dispute over a number of plaintiffs' requests for production. Dkt. No. 138. Having reviewed plaintiffs' supplemental brief, Dkt. No. 140, I find that it warrants a response. No later than noon on March 17, 2015, defendants shall file a responsive brief of no more than five pages, double spaced. Plaintiffs shall not reply. After reviewing defendants' responsive brief, I will determine whether a hearing is required.

    **IT IS SO ORDERED**.

Dated: March 10, 2015



WILLIAM H. ORRICK
United States District Judge