UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIENNE ENGLISH,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC, et al.,<br><br>    Defendants. | Case No. 14-cv-01619-WHO<br><br>**ORDER REGARDING DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 140, 142 |

On March 2, 2015, I issued an order instructing plaintiffs to file a supplemental brief regarding the parties' dispute over a number of plaintiffs' requests for production. Dkt. No. 138. Plaintiffs filed a supplemental brief on March 9, 2015, and defendants filed a response on March 17, 2015. Dkt. Nos. 140, 142. Having reviewed the parties' submissions, I find that no hearing is necessary to resolve the parties' dispute.

Defendants need not produce additional documents (except for those that defendants have already agreed to produce) in response to plaintiffs' requests for documents relating to training manuals for sales of new devices, or packaging of replacement devices. Defendants state that they have already "produced or agreed to produce training materials and packaging exemplars for a transaction comparable to Ms. English's as well as for the sale of a new iPhone 4 (the same model iPhone Ms. English received)." Dkt. No. 142 at 2. Additional documents relating to training manuals for sales of new devices or packaging of replacement devices are not relevant to plaintiffs' claims.

Nor are documents relating to the basic one year warranty. At most, plaintiffs are entitled to discovery of the terms of the basic one year warranty itself. I assume that it is publicly available. If it is not, defendants shall produce it. Defendants need not produce additional documents relating to it.

Defendants are required to produce documents relating to telephone sales of APP or

AC+.  This information will likely be relevant in determining the scope of plaintiffs' class.

**IT IS SO ORDERED**.

Dated: March 24, 2015

_____
WILLIAM H. ORRICK
United States District Judge