UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIENNE ENGLISH,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC, et al.,<br><br>    Defendants. | Case No. 14-cv-01619-WHO<br><br>**ORDER ON JOINT STATEMENT REGARDING PLAINTIFF'S NOTICE OF DEPOSITION**<br><br>Re: Dkt. No. 148 |

On March 27, 2015, the parties filed yet another joint statement regarding their ongoing feud over the scope of discovery in this case. Dkt. No. 148. Defendants seek an extension of the deadline to complete 30(b)(6) depositions, from March 31, 2015 to April 24, 2015. *Id.* at 3. Defendants state that they seek the extension to allow time to resolve the parties' myriad disputes over the appropriate scope of 30(b)(6) topics, and to give Apple, Inc. time to prepare its 30(b)(6) witnesses and to produce documents for those witnesses once the disputes have been resolved. *Id.* Defendants also request leave to submit additional briefing regarding the appropriate scope of 30(b)(6) topics. *Id.* at 5.

Plaintiff does not appear to oppose an extension of the deadline to complete 30(b)(6) depositions, so long as she is granted a commensurate extension on the deadline to file her class certification motion. Dkt. No. 148 at 1. Plaintiff also asks that defendants be required to produce documents for each of their 30(b)(6) witnesses at least two weeks before that witness's deposition. *Id.*

In light of the number and variety of disputes over the appropriate scope of 30(b)(6) topics, defendants' request to extend the deadline to complete 30(b)(6) depositions to April 24, 2015 is GRANTED.

Defendants' request to submit additional briefing regarding the disputes over the 30(b)(6)

topics is also GRANTED. On or before April 7, 2015, each party shall submit a brief of no more than ten pages, double-spaced, addressing those disputes. I am particularly interested in how the withdrawal of former class representative Karen Lowthert impacts the appropriate scope of discovery in this case, if at all. **A telephonic hearing on this matter is set for April 10, 2015 at 10:00 a.m.**

To accommodate this change in schedule, the dates in the civil pretrial order, Dkt. No. 103, regarding class certification (but erroneously titled, "preliminary approval") are VACATED and RESET as follows:

**Motion for class certification to be filed by July 1, 2015**

**Motion for class certification to be heard on September 23, 2015**

Defendant's opposition to the motion for class certification is due on August 12, 2015, and plaintiff's reply is due on September 9, 2015. All other deadlines and hearing dates in the civil pretrial order remain as currently set.

I will address plaintiffs' request regarding the timing of defendants' 30(b)(6) productions following the telephonic hearing on April 10, 2015.

Finally, between now and the telephonic hearing, the parties are encouraged to continue to produce all agreed upon discovery, if any, and to meet and confer in an effort to further narrow and clarify the disputed issues.

**IT IS SO ORDERED**.

Dated: April 1, 2015



WILLIAM H. ORRICK
United States District Judge