PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
MARGARET E. MAYO (SBN 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FABRIENNE ENGLISH, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>Defendants. | Case No. 3:14-cv-01619-WHO<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
CASE NO. 3:14-cv-01619-WHO
sf-3540882

1

2

**CERTIFICATE OF SERVICE BY MAIL**
**(Fed. Rule Civ. Proc. Rule 5(b))**

3       I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the

4   within cause, and I am over the age of eighteen years.

5       I further declare that on May 29, 2015, I served a copy of:

6    1. **JOINT STATEMENT REGARDING WITNESSES PROVIDED AS TO**
7    **"PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF PERSON**
     **MOST QUALIFIED OF APPLE, INC. FED. R. CIV. P. 30(B)(6)"**
8    **(REDACTED)**

9    2. **JOINT STATEMENT REGARDING WITNESSES PROVIDED AS TO**
     **"PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF PERSON**
     **MOST QUALIFIED OF APPLE, INC. FED. R. CIV. P. 30(B)(6)"**
10   **(UNREDACTED)**

11  ☐ **BY U.S. MAIL**: By placing a true copy thereof, addressed as set forth below and
12      enclosed in a sealed envelope with postage thereon fully prepaid and deposited
        for collection and mailing with the U.S. Postal Service. I am readily familiar
13      with the ordinary business practice of this office for processing of mail.

14  ☐ **BY OVERNIGHT DELIVERY:** By placing a true copy thereof enclosed in a
        sealed UPS Overnight Delivery envelope with delivery fees provided for,
15      addressed as follows, for collection by UPS, at 425 Market Street, San Francisco,
        California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary
16      business practices.

17  ☒ **BY ELECTRONIC TRANSMISSION:** By transmitting via electronic mail a
18      true and correct copy through Morrison & Foerster LLP's electronic mail system
        to the email address(es) set forth below, or as stated on the attached service list
19      per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
sf-3540967

| | | |
|---|---|---|
| 1 | Renee Kennedy | Seth W. Wiener |
| 2 | 1620 S. Friendswood Drive | 609 Karina Court |
|   | Suite Apple | San Ramon, California 94582 |
| 3 | Friendswood, Texas 77546 | sethwiener@yahoo.com |
|   | reneekennedy.esq@att.net | |

Steven R. Weinmann
Law Office of Steven R. Weinmann
P.O. Box 371297
Montara, CA 94037
steven@weinmannlaw.com

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 29th day of May, 2015.

| Robin L. Sexton | _(signature)_ |
|---|---|
| (typed) | |