RENEE F. KENNEDY (SBN 24012954)
Lead Counsel
Federal Bar No.: 2129107
(admitted *pro hac vice*)
reneekennedy.esq@att.net
1620 S. Friendswood Dr., Ste. Apple
Friendswood, Texas 77546
Telephone: 832.428.1552

SETH W. WIENER (SBN 203747)
sethwiener@yahoo.com
609 Karina Court
San Ramon, California 94582
Telephone: 925.487.5607

Attorneys for Plaintiff
FABRIENNE ENGLISH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FABRIENNE ENGLISH, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>　　　　　Defendants. | Case No. 3:14-cv-01619-WHO<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Hearing Date: September 23, 2015<br>Time: 2:00 p.m.<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor<br><br>Complaint Filed: November 4, 2013<br>Transfer to N.D. Cal.: April 3, 2014<br>Trial Date: August 15, 2016 |

Plaintiff's Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities
3:14-cv-01619-WHO

1

PLACEHOLDER DOCUMENT WHILE THE MOTION TO SEAL IS UNDER REVIEW.

Dated: July 1, 2015                                          By: */s/ Renee Kennedy*
                                                             Renee Kennedy