1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FABRIENNE ENGLISH,

        Plaintiff,

     v.

APPLE INC, et al.,

        Defendants.

Case No. 14-cv-01619-WHO

**ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 188

12       Defendants seek an extension of time to file their opposition to plaintiff's motion for class

13 certification.  Dkt. Nos. 188, 193.  They state that an extension is warranted for two reasons:

14 (1) on July 9, 2015, more than a week after the July 1, 2015 filing deadline for plaintiff's motion,

15 plaintiff filed a substantially revised memorandum of points and authorities in support of the

16 motion; and (2) plaintiff has submitted declarations from seven previously undisclosed fact and

17 expert witnesses in support of her motion, requiring defendants to conduct further discovery.  Dkt.

18 No. 188 at 1.

19       Defendants initially proposed a two-week extension of the briefing and hearing schedule

20 on plaintiffs' motion.  *Id.* at 3.[1]  Plaintiff then made additional supplemental filings in support of

21 her motion and informed defendants that one of her witnesses would not be available for

22 deposition until August 21, 2015.  *See* Dkt. No. 189; Dkt. No. 190 ¶¶ 6-7; Dkt. No. 191; Dkt. No.

23 193 at 1-2.  Defendants now seek a four-week extension, which would result in the following

24 schedule:

25       Opposition deadline:      September 9, 2015

26       Reply deadline:        October 7, 2015

27

28

---

[1] The current schedule is as follows: opposition due by August 12, 2015, reply due by September 9, 2015, and hearing on September 23, 2015.  Dkt. No. 149.

United States District Court
Northern District of California

1       Hearing:                    October 21, 2015

2 Dkt. No. 193 at 1.

3       This request is GRANTED with the following modifications:

4       Opposition deadline:       September 9, 2015

5       Reply deadline:            September 30, 2015

6       Hearing:                    October 14, 2015

7       Defendants also ask that plaintiff be prohibited from making any further supplemental

8 filings in support her motion for class certification without prior leave of the Court.  Dkt. No. 193-

9 2.  This request is also GRANTED.  This prohibition shall also apply to plaintiff's reply brief.

10 That is, after plaintiff files her reply brief on September 30, 2015, she is prohibited from making

11 any supplemental filings in support of the brief without prior leave of the Court.

12       Within one day of the date of this order, plaintiff shall confirm with defendants that they

13 have received a complete set of all documents filed in support of her motion for class certification.

14       **IT IS SO ORDERED**.

15 Dated: July 16, 2015

16

17 WILLIAM H. ORRICK
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California