1  RENEE F. KENNEDY (SBN 24012954)
   Lead Counsel
2  Federal Bar No.: 2129107
3  (admitted *pro hac vice*)
   reneekennedy.esq@att.net
4  1620 S. Friendswood Dr., Ste. Apple
   Friendswood, Texas 77546
5  Telephone: 832.428.1552

6
   SETH W. WIENER (SBN 203747)
7  sethwiener@yahoo.com
   609 Karina Court
8  San Ramon, California 94582
9  Telephone: 925.487.5607

10 Attorneys for Plaintiff English

11

12                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
13                          SAN FRANCISCO DIVISION

14
   FABRIENNE ENGLISH, on behalf of herself    )   Case No. 3:14-cv-01619-WHO
15 and all others similarly situated,         )
                                              )   **NOTICE OF RELATED CASE**
16                Plaintiffs,                 )   **PURSUANT TO CIVIL L.R. 3-12 TO BE**
                                              )   **FILED IN CASE NO. 3:14-cv-01619-**
17       v.                                   )   **WHO; ADMINISTRATIVE MOTION**
                                              )   **TO CONSIDER WHETHER CASES**
18 APPLE INC., APPLECARE SERVICE              )   **SHOULD BE RELATED, PURSUANT**
19 COMPANY, INC., and APPLE CSC INC.,         )   **TO CIVIL L.R. 7-11**
                                              )
20                Defendants.                 )   Judge: William H. Orrick
                                              )   Courtroom: 2, 17th Floor
21                                            )
                                              )
22                                            )   Complaint Filed: November 4, 2013
                                              )   Transfer to N.D. Cal.: April 3, 2014
23                                            )   Trial Date: August 15, 2016

24

25

26

27

28

   Notice of Related Case; Administrative Motion to Consider Whether Cases Related
   3:14-cv-01619-WHO
                                       1

Plaintiff Fabrienne English, on behalf of herself and others similarly situated (hereinafter "Plaintiff"), hereby respectfully submit this Notice of Related Case, Pursuant to Civil L.R. 3-12 and the required Administrative Motion to Consider Whether Cases Should be Related, Pursuant to Civil L. R. 7-11.

## I. APPLICABLE STANDARD UNDER CIVIL L.R. 3-12

Under Civil Local Rule 3-12, an "action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

Whenever a party knows or believes that an action may be related to an action which is or was pending in the Northern District, said party "must promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11."[1] Civil L.R. 3-12(b). That motion must include: "(1) The title and case number of each apparently related case; (2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a)."

## II. MCRIGHT v APPLE, INC. ET AL IS RELATED TO ENGLISH v APPLE, INC. ET AL

The English v. Apple, Inc. et al case was transferred to this Court on April 3, 2014. Subsequently, the McRight v. Apple, Inc. et al case (Case No. 3:15-cv-03330) was filed in this Court on July 18, 2015. These cases involve the exact same transactions and events (i.e. the purchase of electronic devices and AppleCare and AppleCare+ by consumers from Apple, Inc., and the replacement of those devices pursuant to AppleCare and AppleCare+), identical defendants, allegations based on these transactions and events, and similar proposed classes of plaintiffs.

---

[1] "In addition to complying with Civil L.R. 7-11, a copy of the motion, together with proof of service pursuant to Civil L.R. 5-6, must be served on all known parties to each apparently related action. A Chambers copy of the motion must be lodged with the assigned Judge in each apparently related case under Civil L.R. 5-1(b)." Civil L.R. 3-12(b).

Notice of Related Case; Administrative Motion to Consider Whether Cases Related
3:14-cv-01619-WHO

Accordingly, there will be unduly burdensome duplication of labor and expense and there will be a risk of conflicting results if McRight v. Apple, Inc., et al is not related to English v. Apple, Inc., et al and assigned to Judge Orrick.

### III.  CONCLUSION

The actions referred to above satisfy the criteria of Rule 3-12.  Therefore Plaintiff respectfully requests that the cases be deemed related.

Dated:  July 19, 2015                              Respectfully submitted,

*/s/ Renee Kennedy*
Renee Kennedy
Lead Counsel

**Attorneys for Plaintiff**
**Fabrienne English**