PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
MARGARET E. MAYO (SBN 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
APPLE INC., APPLECARE SERVICE
COMPANY, INC., and APPLE CSC INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FABRIENNE ENGLISH, on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>            Defendants. | Case No.   3:14-cv-01619-WHO<br><br>Related Case:<br>*Maldonado, et al. v. Apple Inc. et al.*<br>Case No. 5:16-cv-04067-WHO<br><br>**ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE DECLARATION IN SUPPORT OF SEALING PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed:  November 4, 2013<br>Transfer to N.D. Cal.: April 3, 2014<br>Trial Date:  none set |

1    IT IS HEREBY ORDERED THAT Defendants' Unopposed Administrative Motion to Extend Time for Defendants to File Declaration in Support of Sealing Portions of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication Pursuant to Local Rule 79-5(e) is GRANTED.

Defendants shall have until Tuesday, November 15, 2016, to file a declaration in support of sealing pursuant to Local Rule 79-5(e) in connection with Plaintiff's filings on or about October 28, 2016 (ECF Nos. 304, 305) and October 31, 2016 (ECF No. 306).  In the event that Plaintiff files an amended motion to seal submitting additional materials in support of her opposition to Defendants' motion for summary judgment, the November 15, 2016 deadline shall be extended to two weeks from the filing of the amended motion.

**IT IS SO ORDERED.**

Dated:  November 4, 2016

_____
Hon. William H. Orrick, III
United States District Judge

ORDER GRANTING ADMIN. MOT. TO EXTEND TIME FOR DEFENDANTS TO FILE L.R. 79-5(e) DECL.
CASE NO. 3:14-cv-01619-WHO
sf-3708581

1