UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FABRIENNE ENGLISH,

    Plaintiff,

    v.

APPLE INC, et al.,

    Defendants.

Case No. 3:14-cv-01619-WHO

**JUDGMENT**

    Judgment is hereby entered in defendants' favor in accordance with the Court's January 11, 2017 Order granting defendants' motion for summary judgment.

    **IT IS SO ORDERED**.

Dated: January 11, 2017



WILLIAM H. ORRICK  
United States District Judge