1  RENEE F. KENNEDY (SBN 24012954)
   Federal Bar No.: 2129107 (admitted *pro hac vice*)
2  1620 S. Friendswood Dr., Ste. Apple
3  Friendswood, Texas 77546
   Telephone: 832.428.1552
4  Email: reneekennedy.esq@gmail.com
   *Lead Counsel*
5

6  PETER D. KAFIN (SBN 301886)
   P.O. Box 748
7  Fort Bragg, California 95437
   Telephone:  707.357.2973
8  Email:  law@kafin.name

9  Attorneys for Plaintiff
   ENGLISH
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FABRIENNE ENGLISH, | Case No. 3:14-cv-01619-WHO |
| Plaintiffs, | RELATED CASE: *Maldonado, et al. v. Apple Inc. et al.*, Case No. 5:16-cv-04067-WHO |
| v. | **MOTION FOR LEAVE OF COURT TO FILE MOTION FOR RECUSAL AND/OR DISQUALIFICATION OF DISTRICT COURT JUDGE WILLIAM H. ORRICK [28 U.S.C. § 455(b)(1), 28 U.S.C. § 144, 28 U.S.C. § 455(a); L.R. 3-14; L.R. 7-2]** |
| APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC., | |
| Defendants. | |
| | Hearing: |
| | Time: |
| | Judge: Honorable William H. Orrick |
| | Courtroom: 2, 17th Floor |
| | Complaint Filed: November 4, 2013 |
| | Transfer to N.D. Cal.: April 3, 2014 |
| | Trial Date: |

MOTION FOR LEAVE OF COURT TO FILE MOTION FOR RECUSAL
Case No. 3:14-cv-01619-WHO

## MOTION FOR LEAVE TO FILE MOTION FOR RECUSAL

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Northern District of California Civil Local Rule 7-11, Plaintiff Fabrienne English, hereby moves this Court for an order granting her leave to file a Motion for Recusal. This motion is based on the following:

The Court entered judgment in this case on January 11, 2017 and the underlying motion for recusal/disqualification is based upon 28 U.S.C. § 144 and 28 U.S.C. §§ 455(a), (b)(1), post-judgment and pre-judgment judicial bias and prejudice and the appearance of a lack of impartiality.

For the reasons discussed above, Plaintiff respectfully requests this Court to grant the motion for leave of Court to file the Motion for Recusal and/or Disqualification and its supporting papers.

Dated: February 8, 2017                    Respectfully submitted,

                                           _____*s/Renee Kennedy*_____
                                           Renee Kennedy
                                           Counsel for Plaintiff Fabrienne English