RENEE KENNEDY (SBN 24012954)
Lead Counsel
Federal Bar No.: 2129107
(admitted pro hac vice)
1620 S. Friendswood Dr., Ste. Apple
Friendswood, Texas 77546
Telephone: 832.428.1552

PETER KAFIN (SBN 301886)
law@kafin.name
P.O. Box 748
Fort Bragg, California 95437
Telephone: 707.357.2973

Attorneys for Plaintiff
FABRIENNE ENGLISH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| FABRIENNE ENGLISH<br><br>         Plaintiff,<br><br>     v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>         Defendants. | **Case No. 3:14-cv-01619-WHO**<br>Complaint Filed: November 4, 2013<br>Transfer to N.D. Cal.: April 3, 2014<br><br>RELATED CASE: *Maldonado, et al. v. Apple Inc. et al.*, Case No. 5:16-cv-04067-WHO<br><br>**DECLARATION OF RENEE KENNEDY IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE MOTION FOR RECUSAL AND/OR DISQUALIFICATION OF DISTRICT COURT JUDGE WILLIAM H. ORRICK**<br>**[28 U.S.C. § 455(b)(1), 28 U.S.C. § 144, 28 U.S.C. § 455(a); L.R. 3-14; L.R. 7-2]**<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor<br>Hearing Date: Wednesday, _____<br>Hearing Time: 2:00 pm<br>Trial Date: |

I, Renee Kennedy, being of legal age, being first duly sworn, deposes, says, and declares:

1. I am the attorney for Plaintiff in this action and submit this sworn statement pursuant to 28 U.S.C. § 1746 in support of the motion for leave of court to file a motion for recusal or disqualification of District Court Judge William H. Orrick. I have personal knowledge of the facts stated herein and, if called and sworn to testify, could and would testify competently thereto.

2. On January 11, 2017, the court issued Judgment in this case following an Order granting the Defendants' Motion for Summary Judgment. The Order on the Motion for Summary Judgment, followed by the entry of Judgment, essentially ended the case in the trial court. The motion for recusal and/or disqualification are based upon 28 U.S.C. § 144 and 28 U.S.C. §§ 455(a), (b)(1).

3. A true and correct copy of the motion for recusal and/or disqualification that Plaintiff proposes to file is attached hereto as **Exhibit 1**.

4. A true and correct copy of the declaration of Fabrienne English in support of the motion for recusal and/or disqualification that Plaintiff proposes to file is attached hereto as **Exhibit 2**.

5. A true and correct copy of the declaration of Renee Kennedy and related exhibits in support of the motion for recusal and/or disqualification that Plaintiff proposes to file is attached hereto as **Exhibit 3**.

6. A true and correct copy of the proposed order related to the motion for recusal and/or disqualification that Plaintiff proposes to file is attached hereto as **Exhibit 4**.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on: February 8, 2017

*/s/ Renee Kennedy*
RENEE KENNEDY